Eastern District of Kentucky
**FILED**

JUL 28 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:22-CR-45-REW
     18 U.S.C. § 751(a)

HENRY MATT SMITH

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about June 28, 2022, in Clay County and Knox County, in the Eastern District of Kentucky,

**HENRY MATT SMITH**

did knowingly escape from the custody of the Attorney General or his authorized representative, and from any institution or facility in which he was confined by direction of the Attorney General, by virtue of a conviction for a felony offense, specifically conspiracy to distribute 500 grams or more of a methamphetamine mixture, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 751(a).

A TRUE BILL

███████████████████

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.